ACCEPTED
07-15-00361-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
11/24/2015 4:08:19 PM
Vivian Long, Clerk

## CASE NO. 07-15-00361-CV

### IN THE COURT OF APPEALS
### FOR THE SEVENTH DISTRICT OF TEXAS AT AMARILLO

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
11/24/2015 4:08:19 PM
VIVIAN LONG
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Howard Construction Company, Inc. v.
Texas Association of Women's Clubs

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:**

**NOW COME**S, Howard Construction Company, Inc., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause show the following:

I.

This case is appeal from the 413th District Court, Johnson County, Texas.

II.

The case below was styled *Howard Construction Company, Inc. v. Texas Association of Women's Clubs*; and numbered *C201500322*.

III.

The Clerk's record was fled on September 21, 2015. There is no Reporter's Record as this appeal concerns the granting of a Motion for Summary Judgment. Appellant's Brief was due to be filed on October 21, 2015. By letter dated October 29, 2015, the Court

extended, on its own motion, the deadline for Appellant to file its brief until November 9, 2015. Subsequently, Appellant filed a Motion for Extension of Time to File Appellant's Brief and the Court granted Appellant until November 30, 2015, to file its Appellant's Brief.

IV.

Appellant requests an extension of time of eighteen (18) days from the extended due date, until and including December 18, 2015, to file its brief, or until such date as the Court deems appropriate.

V.

Appellant relies on the following facts as good cause for the requested extension:

1. Counsel for Appellant filed his Motion for Substitution of Counsel on October 5, 2015, and the Motion was not granted until October 23, 2015, two (2) days after Appellant's Brief was due to be filed;

2. Counsel is a solo practitioner with only a part-time paralegal. Since the date the Clerk's Record was filed, counsel has had numerous hearings, documents to prepare, conferences with clients and prospective clients, and telephone calls that have prevented him from being able to fully research and prepare the Appellant's Brief. During the requested extension period, counsel; has multiple scheduled hearings and depositions, and a bench trial;

3. Counsel had significant out-of-work commitments as he is an Assistant Coach for Johnson County Sport's Association's Varsity

6-Man football team, which duties took significant time of counsel in the evenings and weekends. Counsel's football coaching duties continued through November 20, 2015; and

4. During the requested extension time is the Thanksgiving holiday, November 26 and 27, 2015.

VI.

Appellant has made a previous request for an extension of time in which to file their Appellant's Brief, which was granted. The requested extension will not unduly delay this cause. This case is not set yet for admission. The extension is not sought for the purpose of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Appellant, Howard Construction Company, Inc., prays that this Court grant this Motion To Extend Time to File Appellant's Brief, extending the of time for Appellant to file its Appellant's Brief by eighteen (18) days, until and including December 18, 2015, or until such date as the Court deems appropriate, and for such other and further relief as the Court may deem appropriate.

RESPECTFULLY SUBMITTED,

DAVIS LAW, P.C.
190 North Ridgeway Drive
Suite 102
Cleburne, Texas  76033
817/556-3456
FAX # 817/423-7348


/s/ Jeffrey S. Davis
JEFFREY S. DAVIS
Texas Bar No. 00787334
jsd@davislawyerpc.com

*ATTORNEYS FOR APPELLANT*,
*Howard Construction Company, Inc.*


## CERTIFICATE OF CONFERENCE

This is to confirm that the undersigned counsel, on November 24, 2015, counsel for Appellant conferred with Daniel R. Aguilar, counsel for Appellee regarding the requested extension, who stated that he was not opposed to the requested extension.


/s/ Jeffrey S. Davis
JEFFREY S. DAVIS


## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was forwarded to all counsel of record electronically through the electronic filing manager, on the 24th day of November, 2015, pursuant to the Texas Rules of Appellate Procedure and the Texas Rules of Civil Procedure.


/s/ Jeffrey S. Davis
JEFFREY S. DAVIS